# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA RODRIGUEZ,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　　　　　Defendant. | Case No. CV 08-1893-JEM<br><br>**JUDGMENT** |

    In accordance with the Memorandum Opinion and Order Reversing Decision of Commissioner and Remanding for Further Proceedings filed concurrently herewith,

    IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is REVERSED and REMANDED for further proceedings.

DATED: March 25, 2010　　　　　　　　　　　*/s/ John E. McDermott*
　　　　　　　　　　　　　　　　　　　　JOHN E. MCDERMOTT
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE